No. 171, Misc. STANLEY *v.* NEW YORK. Ct. App. N. Y. Petition for writ of certiorari dismissed August 31, 1965, pursuant to Rule 60 of the Rules of this Court.

No. 236. CONSOLIDATED FREIGHTWAYS CORP. OF DELAWARE *v.* UNITED STATES ET AL. Appeal from D. C. N. D. Cal. dismissed September 1, 1965, pursuant to Rule 60 of the Rules of this Court. *William H. Dempsey, Jr.,* and *Eugene T. Lüpfert* for appellant. *Solicitor General Cox, Assistant Attorney General Turner, Lionel Kestenbaum, I. Daniel Stewart, Jr., Robert W. Ginnane* and *Robert S. Burk* for the United States. *Earle V. White* for appellee Everts' Commercial Transport, Inc.

No. 475, Misc. CRAIG *v.* NEBRASKA. C. A. 8th Cir. Petition for writ of certiorari dismissed September 21, 1965, pursuant to Rule 60 of the Rules of this Court.

OCTOBER 11, 1965.

No. 38. ROSENBLATT *v.* BAER. Sup. Ct. N. H. (Certiorari granted, 380 U. S. 941.) Motion of American Civil Liberties Union for leave to file brief, as *amicus curiae,* granted. *Osmond K. Fraenkel, Edward J. Ennis* and *Melvin L. Wulf* for American Civil Liberties Union, as *amicus curiae,* urging reversal. *Stanley M. Brown* for respondent, in opposition to the motion.

No. 29. UNITED STATES *v.* EWELL ET AL. Appeal from D. C. S. D. Ind. (Probable jurisdiction noted, 381 U. S. 909.) Motion for appointment of counsel granted. It is ordered that *David B. Lockton, Esquire,* of Indianapolis, Indiana, be, and he is hereby, appointed to serve as counsel on behalf of Clarence Ewell, an appellee in this case.